# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BEDWELL, SUZANNE M. MORENO and JONATHON SIMON,<br><br>                    Plaintiffs,<br>    vs.<br><br>FISH & RICHARDSON P.C., a corporation, and DOES 1 through 25, inclusive,<br><br>                    Defendants. | CASE NO. 07cv65 WQH (JMA)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(Doc. # 6) |

Pending before the Court is Defendant Fish & Richardson's Motion to Dismiss Plaintiffs' Third Cause of Action ("Motion to Dismiss") (Doc. # 6), filed January 17, 2007. On February 6, 2007, Plaintiffs filed a First Amended Complaint, as was their right pursuant to the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served...."); *see also Crum v. Circus Circus Enters.*, 231 F.3d 1129, 1130 n.3 (9th Cir. 2000) ("A motion to dismiss is not a 'responsive pleading' within the meaning of Rule 15."). Once filed, an amended complaint supersedes the original complaint in its entirety. *See London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981). Defendant's Motion to Dismiss, addressing the original Complaint, became moot once the First Amended Complaint was filed. Therefore, Defendant's Motion to Dismiss (Doc. # 6) is **DENIED AS MOOT**. Defendant

1  shall file a response to the First Amended Complaint no later than April 6, 2007, pursuant to
2  the Court's February 22, 2007 Order granting the parties' joint motion for extension of time.
3  (Doc. # 15.)
4      **IT IS SO ORDERED.**
5  DATED: March 6, 2007

                                              **WILLIAM Q. HAYES**
                                              United States District Judge