UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BEDWELL, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>FISH & RICHARDSON P.C., etc., et al.,<br><br>        Defendants. | Case No. 07-CV-0065-WQH (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR AN ORDER CONTINUING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the parties' joint motion for an order continuing telephonic Case Management Conference [Doc. No. 38] is <u>granted</u>. The telephonic Case Management Conference scheduled for June 27, 2007 at 9:00 a.m. is <u>rescheduled</u> for **July 11, 2007** at **9:00 a.m.** All counsel and unrepresented parties shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: June 25, 2007

                                                  Jan M. Adler<br>                                                  U.S. Magistrate Judge