UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BEDWELL, et al., ) | Case No. 07-CV-0065-WQH (JMA) |
| ) | |
| Plaintiffs, ) | **ORDER FOLLOWING TELEPHONIC** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| FISH & RICHARDSON P.C., etc., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    The Court convened a telephonic Case Management Conference on October 10, 2007 at 9:30 a.m.

    **IT IS HEREBY ORDERED**:

    1.  The motion to stay the case, contemplated by Plaintiff Suzanne Moreno ("Plaintiff"), shall be filed before the Honorable William Q. Hayes by no later than <u>October 19, 2007</u>.  Plaintiff may file the motion on her own behalf, or the parties may file a joint motion to stay the case.

    2.  Plaintiff Moreno shall supplement her initial disclosures to include a computation of damages, and shall make available any supporting materials, in accordance with Fed. R.

1 Civ. P. 26(a)(1)(C), by no later than <u>October 19, 2007</u>.  If
2 Plaintiff does not have any documents or materials on which her
3 computation is based, Plaintiff shall affirmatively state this
4 fact in her supplemental initial disclosures.
5     3.  The parties shall meet and confer regarding all disputed
6 discovery matters in order to attempt to reach resolution of all
7 such matters.  The parties shall discuss, *inter alia*, the entry
8 of a confidentiality or protective order in this case to address
9 the privacy concerns raised by Plaintiff Moreno.  As discussed,
10 if the parties are unable to reach agreement on their discovery
11 disputes, they shall contact the undersigned's law clerk to
12 discuss these issues further.
13     **IT IS SO ORDERED.**
14 DATED:  October 10, 2007

_____
Jan M. Adler
U.S. Magistrate Judge