1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  SAM BEDWELL, SUZANNE M.
    MORENO, and JONATHON SIMON ,

12                                    Plaintiffs,

13         vs.

14  FISH & RICHARDSON P.C.,

15                                    Defendant.

16

CASE NO. 07CV65 WQH (JMA)

ORDER GRANTING STAY, GRANTING
MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT,
AND DENYING MOTION TO
TRANSFER VENUE WITHOUT
PREJUDICE

17

18  HAYES, Judge:

19         Pending before the Court are Plaintiff Suzanne M. Moreno's motion to stay proceedings (Doc.

20  # 61), motion for leave to file a Second Amended Complaint (Doc. # 54), and motion to transfer venue

    (Doc. # 36).

21

## BACKGROUND

22
23         On November 21, 2006, Plaintiffs Sam Bedwell, Suzanne M. Moreno, and Jonathon Simon

    filed the Complaint in this matter in California State Superior Court in San Diego, California.  (Doc.

24  # 1).  On January 10, 2007, Defendant Fish & Richardson P.C. removed the case to this Court.  (Doc.

25  # 1).  Plaintiffs did not challenge removal.

26         On February 6, 2007, and after Defendant moved to dismiss the Complaint, Plaintiffs filed a

27  First Amended Complaint.  (Doc. # 9).  On April 4, 2007, Defendant filed an Answer to the First

28  Amended Complaint.  (Doc. # 22).

On May 8, 2007, and May 23, 2007, Plaintiffs Bedwell and Simon dismissed their claims against Defendant with prejudice.  (Docs. # 28, 31).

On June 19, 2007, Plaintiff Moreno filed a motion for change of venue (Doc. # 36).  On September 25, 2007, Moreno filed a motion for leave to file a Second Amended Complaint.  (Doc. # 54).  On October 5, 2007, Defendant filed a notice of non-opposition to Moreno's motion for leave to file a Second Amended Complaint.  (Docs. # 55, 56).

On October 29, 2007, Moreno filed a motion to stay these proceedings.  (Doc. # 61).  On November 11, 2007, Defendant filed a notice of non-opposition to Moreno's motion to stay.  (Doc. # 63).

**DISCUSSION & ORDER**

**I.  Motion for Leave to File a Second Amended Complaint (Doc. # 54)**

Pursuant to FED. R. CIV. P. 15(a), a party may amend its pleading "with the opposing party's written consent or the court's leave."  Here, Defendant does not oppose Plaintiff's motion for leave to file a Second Amended Complaint.  *See* (Docs. # 54, 55).  Accordingly, Plaintiff Moreno's motion for leave to file a Second Amended Complaint (Doc. # 54) is GRANTED.

The Clerk of the Court is Ordered to file Plaintiff's Second Amended Complaint which was attached as Exhibit A to Plaintiff's motion for leave to file a Second Amended Complaint.  *See* (Doc. # 54-1, Ex. A).

**II.  Motion to Stay Proceedings (Doc. # 61)**

Plaintiff's motion to stay (Doc. # 61) seeks to stay these proceedings for seven months.  Defendant does not oppose the stay, but requests that the Court only stay the proceedings for three months, and thereafter convene a status conference to determine if a further stay is warranted.  (Doc. # 63).

The Court finds that (1) Defendant does not oppose Plaintiff's motion to stay, and (2) Plaintiff has established good cause for the requested stay.  Accordingly, Plaintiff's motion to stay (Doc. # 61) is GRANTED.

These proceedings are hereby stayed until a status conference to be held on **Monday, March 24, 2007 at 11:00 A.M.**  The parties shall appear at the status conference, and the stay will be

1    automatically lifted at that time.  In preparation for the status conference, the parties shall jointly file

2    a status report on or before **Monday,  March 17, 2008**.

3    **III.  Motion to Transfer Venue (Doc. # 36)**

4         In light of the stay, Plaintiff's motion to transfer venue (Doc. # 36) is hereby DENIED without

5    prejudice.

6         **IT IS SO ORDERED**.

7    DATED:  December 14, 2007

8

                           **WILLIAM Q. HAYES**

9                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07CV65 WQH (JMA)