UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAM BEDWELL, et al., | ) | Case No. 07-CV-0065-WQH (JMA) |
| Plaintiffs, | ) ) | **ORDER VACATING REMAINING DATES** |
| v. | ) ) | |
| FISH & RICHARDSON P.C., etc., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

In view of the Order Granting Stay issued by the Honorable William Q. Hayes, **IT IS HEREBY ORDERED** that all remaining dates in this matter, excluding the status conference scheduled before Judge Hayes on March 24, 2008, are <u>vacated</u>. The Court will reschedule the dates once the stay has been lifted.

**IT IS SO ORDERED.**

DATED: December 17, 2007

_____
Jan M. Adler
U.S. Magistrate Judge

07cv0065