FILED

2008 FEB 21 AM 11:4

BY _____KMH_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BEDWELL, SUZANNE M. MORENO and JONATHON SIMON, <br><br> Plaintiffs, <br><br> v. <br><br> FISH & RICHARDSON P.C., <br><br> Defendant. | Case No. 07CV 0065 WQH JMA <br><br> **ORDER RE MOTION FOR SUBSTITUTION OF ATTORNEY** |

THE COURT having read and taken into account Defendant's Motion For Substitution of Attorney and the Consent Orders attached thereto, rules as follows:

Defendant FISH & RICHARDSON P.C.'s ("Fish") motion substituting Julie A. Dunne, Matthew S. Dente, and LITTLER MENDELSON, P.C. ("Littler Mendelson") as their attorneys of record is GRANTED.

Dated: February 20, 2008

_____
JUDGE OF THE U.S. DISTRICT COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

ORDER RE MOTION FOR SUBSTITUTION
OF ATTORNEY (NO. 07CV 0065 SQH JMA)
FIRMWIDE:84311763.1 058736.1000

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN District of CALIFORNIA

SAM BEDWELL, et al.,

                         Plaintiff(s),

V.

FISH & RICHARDSON P.C.

                         Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-0065-WQH (JMA)

Notice is hereby given that, subject to approval by the court, __FISH & RICHARDSON P.C.__ substitutes
(Party (s) Name)

__MATTHEW S. DENTE, ESQ. of LITTLER MENDELSON__, State Bar No. __241547__ as counsel of record in
(Name of New Attorney)

place of __SHEPPARD MULLIN RICHTER & HAMPTON, LLP.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:      LITTLER MENDELSON
     Address:      501 West Broadway, Suite 900
     Telephone:      619-232-0441      Facsimile 619-232-4302
     E-Mail (Optional):      mdente@littler.com

I consent to the above substitution.

Date:      February 12, 2008

FISH & RICHARDSON P.C.
_(Signature of Party (s))_

I consent to being substituted.

Date:      February 13, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date:      February 12, 2008

LITTLER MENDELSON
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN District of CALIFORNIA

SAM BEDWELL, et al.,

                     Plaintiff(s),

V.

FISH & RICHARDSON P.C.

                     Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-0065-WQH (JMA)

Notice is hereby given that, subject to approval by the court, __FISH & RICHARDSON P.C.__ substitutes
(Party(s) Name)

__JULIE A. DUNNE, ESQ. of LITTLER MENDELSON__, State Bar No. __160544__ as counsel of record in
(Name of New Attorney)

place of __SHEPPARD MULLIN RICHTER & HAMPTON, LLP.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:         LITTLER MENDELSON
     Address:            501 West Broadway, Suite 900
     Telephone:        619-232-0441            Facsimile 619-232-4302
     E-Mail (Optional):   jdunne@littler.com

I consent to the above substitution.

Date:    February 12, 2008

                                            FISH & RICHARDSON P.C.
                                            (Signature of Party(s))

I consent to being substituted.

Date:    February 13, 2008

                                            SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                            (Signature of Former Attorney(s))

I consent to the above substitution.
Date:    February 12, 2008

                                            LITTLER MENDELSON
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com